UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS, | Case No. CV 13-1478 DMG(JC) |
| Plaintiff, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| FOUR UNKNOWN OFFICERS, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Order to Show Cause Why This Action Should Not Be Dismissed with Prejudice as Time-Barred, Plaintiff's Motion to Show Cause Why Action Should Not Be Dismissed as Time-Barred, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Complaint and this action are dismissed with prejudice as time-barred and that judgment be entered accordingly.

///

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  Report and Recommendation, and the Judgment herein on Plaintiff.
3  IT IS SO ORDERED.
4
5  DATED: October 15, 2013
6  _____
7  DOLLY M. GEE
   UNITED STATES DISTRICT JUDGE