UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS, | ) Case No. CV 13-1478 DMG (JC) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| FOUR UNKNOWN OFFICERS, | ) |
| Defendants. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and this action are dismissed with prejudice as time-barred.

DATED:   October 15, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE